4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

v.

KENNETH GEORGE ZEHNDER,

              Defendant.

_____/

Case:2:20-cr-20483
Judge: Berg, Terrence G.
MJ: Altman, Kimberly G.
Filed: 10-07-2020 At 03:56 PM
INDI USA V. ZEHNDER (DA)

## INDICTMENT

THE GRAND JURY CHARGES:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment, two girls, Minor Victim One (MV-1) and Minor Victim Two (MV-2), whose identities are known to the Grand Jury, were the victims of the crimes alleged herein. MV-1 and MV-2 were residents of the Eastern District of Michigan. MV-1 has a date of birth in the year 2004 and MV-2 has a date of birth in the year 2007.

## COUNT ONE
## TRANSPORTATION OF A MINOR
## TO ENGAGE IN SEXUAL ACTIVITY
## (18 U.S.C. § 2423(a))

Beginning in August 2019 and continuing until August 19, 2019, in the Eastern District of Michigan and elsewhere, the defendant, KENNETH GEORGE ZEHNDER, did knowingly transport an individual who had not attained the age of 18

1

years (MV-1) in interstate and foreign commerce, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense; all in violation of Title 18, United States Code, Section 2423(a).

### COUNT TWO
### TRANSPORTATION OF A MINOR
### TO ENGAGE IN SEXUAL ACTIVITY
### (18 U.S.C. § 2423(a))

Beginning in July 2019 and continuing into August 2019, in the Eastern District of Michigan and elsewhere, the defendant, KENNETH GEORGE ZEHNDER, did knowingly transport an individual who had not attained the age of 18 years (MV-2) in interstate and foreign commerce, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense; all in violation of Title 18, United States Code, Section 2423(a).

### FORFEITURE ALLEGATIONS
### (18 U.S.C. § 2428)

As a result of the violation of 18 U.S.C. § 2423(a) set forth in Counts One and Two of this Indictment, upon conviction the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2428: (1) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and (2) any property, real or personal, constituting or derived from, any proceeds that he obtained, directly or indirectly, as a result of such violation.

Forfeiture Money Judgment:  Such property also includes, but is not limited to, a forfeiture money judgment against the defendant in an amount to be

2

determined, representing the total value of all property subject to forfeiture, as described herein.

Substitute Assets:  Pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461, the defendant shall forfeit substitute property, up to the value of the properties described above, if, by any act or omission of the defendant, the property described above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the court; have been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

**THIS IS A TRUE BILL.**

*s/GRAND JURY FOREPERSON*
GRAND JURY FOREPERSON

Dated:  October 7, 2020

MATTHEW SCHNEIDER
United States Attorney

MATTHEW ROTH
Assistant United States Attorney
Chief, Major Crimes Unit

*s/CHRISTOPHER W. RAWSTHORNE*
CHRISTOPHER W. RAWSTHORNE
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
Phone: (313) 226-9100
Email: Christopher.rawsthorne@usdoj.gov

3

| United States District Court<br>Eastern District of Michigan | **Criminal Case** | Case:2:20-cr-20483<br>Judge: Berg, Terrence G.<br>MJ: Altman, Kimberly G.<br>Filed: 10-07-2020 At 03:56 PM<br>INDI USA V. ZEHNDER (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form

**Companion Case Information**

| | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: |

**Case Title:** USA v. KENNETH GEORGE ZEHNDER

**County where offense occurred :** Sanilac

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
__✓__Indictment/____Information --- based upon prior complaint [Case number: 20-mj-30377    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 7, 2020
Date

Christopher W. Rawsthorne
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9100
Fax: (313) 226-2372
E-Mail address: christopher.rawsthorne@usdoj.gov
Attorney Bar #: WI 1059889

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.