20 20483

4

RECEIVED

DEC 0 3 2020

USE PAGE HOOD

November 9, 2020

RE: United States v. Kenneth G. Zehnder

Your Honor,

I write to inform the Court of the status of Mr. Kenneth Zehnder's return to the Eastern District of Michigan and to respectfully request that the Court Order the Government to produce Mr. Zender in this district as soon as practical for his first appearance before this Court. In short, Mr. Zehnder was arrested September 15, 2020; as of this writing 7 weeks later, he is languishing under very difficult conditions in a County Jail in Oklahoma which has been cited for it's deprivations and lax COVID-19 safeguards.

Mr. Zehnder was arrested in Minnesota; where he was on Pre Trial release bond for a State charge of 1st Degree Criminal Sexual Conduct, on September 15, 2020 by the Minneapolis Field Office of the FBI for a Criminal Complaint and Warrant filed out of this Eastern District of Michigan for allegedly 2 counts of Trafficking with Intent to Engage in Criminal Sexual Conduct. Mr. Zehnder was present there in the 9th Circuit in Minneapolis, Minnesota. Mr. Zehnder challenged his continued detention asserting the Government had no probable cause for arrest. The Judge ordered for Mr. Zehnder's continued detention and remanded to the Custody of the Marshalls Service to be delivered to the 6th District with the expectation that he would be brought before the Eastern District of Michigan within a reasonable period of time. Cf. 18 U.S.C. Subsection 3161 (h)(f) (In the Speedy Trial context, indicating that a delay of more than 10 days in transportation a defendant from one district to another was unreasonable,)

Instead, Mr. Zehnder was left in county jail in Minnesota for around three weeks and then was transported to Oklahoma where he remains to this day. Mr. Zehnder is not being held in

B.O.P. facility, but instead the Grady County Jail where conditions are horrendous and COVID-19 is prevalent. Mr. Zehnder has been diagnosed with COVID-19 from a positive nasal swab on October 19, 2020 which he asserts he contracted while in the custody and care of the Grady County Jail; due to non existent COVID19 safeguards, where he has suffered inhumane treatment and medical care. After his positive diagnosis of COVID-19, he was isolated in a Segregation cell, where he was double bunked, not monitored by a medical staff, denied basic hygiene items such as soap and toilet paper and subjected to deplorable sanitation standards and black mold. He filed numerous grievances in an attempt to exhaust administrative remedies and yet his grievances were denied as "not a grievable issue." His 8th ammendment rights have been violated which is a Serious Miscariage of Justice considering he is a PreTrial detainee and therefore not allowed to be subject to punitive measures therefore his due process rights have also been violated. See the Marshalls Project, "Con-Air" is spreading COVID-19 all over the Federal Prison System (August 13, 2020)(Describing the horrific conditions at Grady County Jail: "Grady prisoners have described having no hot water, no access to the outdoors or sunlight for weeks and no way to social distance from one another in packed dorms. At least one Grady prisoner had died of COVID-19"). [1]

It has now been 56 days since Mr. Zehnder's arrest. We recognize the the COVID-19 Pandemic puts strains on every aspect of the Federal Criminal Justice System. It does not mean, however, that a person should be kept in dangerous with no access to Counsel (which is a violation of Mr. Zehnder's 6th amendment rights [due to the fact that his family has attempted to contact ex Federal Counsel in Minnesota as well as Federal Public Defenders Office in the Eastern District of Michigan and his family was told he doesn't have representation until first

appearance in Eastern District]), in perpetual limbo, for weeks on end. I respectfully request that

the Court direct the Government to bring Mr. Zehnder to this District as soon as practical, and

explain the reason for any further delay.

Very Respectfully,

Kenneth G. Zehnder (215 N. 3rd Street, Chickasha, Oklahoma 73018)
2005 Nern Street
Apartment 104
Port Huron, MI 48060

[1] Available at:

http://www.themarshallproject.org/2020/08/con-air-is-spreading-covid-19-all-over-the-federal-prison-system

Zehnder
2005 Nern St #104
Port Huron, MI 48060

METROPLEX MI 480
14 NOV 2020 PM 2 L
11-14-20

RECEIVED
DEC 0 4 2020
CLERK'S OFFICE
DETROIT

Honorabe Chief Judge Denise Page Hood
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd. Room 201

Detroit, MI 48226

48226-278951    11/17